```
                                            FILED
                                            September 30, 2010
                                            CLERK, US DISTRICT COURT
                                            EASTERN DISTRICT OF
                                            CALIFORNIA

                                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>          Plaintiff,          )<br>v.                             )<br>                               )<br>WINNIE CHEN,                   )<br>          Defendant.          )<br>_____) | Case No. MAG. 10-0290-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release WINNIE CHEN, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_    Release on Personal Recognizance

_X_     Bail Posted in the Sum of: $100,000.00

    _X_    Unsecured Appearance Bond

    \_\_\_    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    _X_    (Other) The unsecured bond paperwork is to be filed by 10/12/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09-30-10  at  4:11 pm

By  /s/ Edmund F. Brennan
    Edmund F. Brennan
    United States Magistrate Judge