BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>               Plaintiff,        )<br>                                 )<br>          v.                    )<br>                                 )<br>WINNIE CHEN,                     )<br>                                 )<br>               Defendant.        )<br>_____) | 2:10-cr-00427 KJM<br><br>GOVERNMENT MOTION TO DISMISS |

   Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, hereby moves, consistent with the Principles of Federal Prosecution, to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charge in the Indictment against defendant Winnie Chen.  Based on information obtained during post-Indictment investigation, including matters not available to the government until after formal charging had occurred, the government believes that it is in the interest

/ / /

/ / /

1  of justice to dismiss the charge pending against defendant Winnie
2  Chen.  Erin Radekin, the attorney for Defendant Winnie Chen, has no
3  opposition to the request.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: September 19, 2013               /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

Based on the government's motion, it is hereby ordered that the charge in the Indictment in this matter as to defendant Winnie Chen is dismissed without prejudice.

DATED:  September 23, 2013.

_____
UNITED STATES DISTRICT JUDGE